## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 20-30624 |
| | ) | Chapter 7 |
| Lynn Marlene Larson, | ) | |
| | ) | **NOTICE AND MOTION FOR** |
| Debtor. | ) | **APPROVAL OF SALE OF PROPERTY** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the online auction sale of the bankruptcy estate's life estate interest in all of the oil, gas, casinghead gas, casinghead gasoline, all liquid hydrocarbons, and other minerals, including, but not limited to Sulphur, coal, gravel, clay, uranium and other ores containing fissionable materials in the parcel described below, on BKAssets.com.

The mineral rights are located in Billings County, North Dakota as follows:

**Township 141 North, Range 99 West**

Section 24:  SW¼
Section 26:  N½N½

The auction shall run for a period of 14 days pending court approval of this motion. The trustee has filed an application to employ BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs. The buyer will be required to pay $225 to offset these fees. The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the bankruptcy trustee and United States Trustee at the addresses stated

below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58102 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: February 26, 2021    /s/ Gene W. Doeling
Gene W. Doeling, Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No.: 20-30624 |
| ) | Chapter 7 |
| Lynn Marlene Larson, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor. ) | |
| ) | |

  Gene W. Doeling of Fargo, ND, swears that on February 26, 2021, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR APPROVAL OF SALE OF PROPERTY**

to the parties listed below:

Aspen Dental
PO Box 1578
Albany, NY  12201-1578

Capital One
PO Box 5253
Carol Stream, IL  60197-5253

Capital One Bank
PO Box 30285
Salt Lake City, UT  84130-0285

Ford Motor Credit Company
PO Box 55000
Dept 194101
Detroit, MI  48255-1941

One Main
555 S 7th St
Bismarck, ND  58504-5859

Lynn Marlene Larson
420 NW 2nd St
Linton, ND  58552-7014

Dental First
PO Box 659622
San Antonio, TX  78265-9622

Steven J. Simonson, ssimonson@legalassist.org

            /s/  Gene W. Doeling_____
              Gene W. Doeling