## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

Lynn Marlene Larson,

        Debtor.
_____/

Bky. Case No. 20-30624
Chapter 7

**ORDER**

On February 26, 2021, the Bankruptcy Trustee filed a Motion for Approval of Sale of Property, seeking court approval of an auction sale of mineral interests owned by the bankruptcy estate and authorization to pay auctioneer fees. Doc. 21.  The Trustee served the motion and notice on creditors.  The Court received no objections.  Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Approval of Sale of Property is **GRANTED**.  The Trustee is authorized to sell the bankruptcy estate's life estate interest in all of the oil, gas, casinghead gas, casinghead gasoline, all liquid hydrocarbons, and other minerals, including, but not limited to, sulphur, coal, gravel, clay, uranium and other ores containing fissionable materials, in the parcel described below, on BKAssets.com.

The mineral rights are located in Billings County, North Dakota, as follows:

**Township 141 North, Range 99 West**

Section 24:  SW¼
Section 26:  N½N½

The Trustee is also authorized to execute documents necessary to effectively sell the asset and convey title to the purchaser at the sale.  Additionally, the Bankruptcy Trustee may pay the auctioneer's fees and costs of the sale listed in the motion at the

1

conclusion of the auction. Upon completion of the sale, the Trustee shall file a Report of Sale.

Dated this 22nd day of March, 2021.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court